XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
KRISTI GUDOSKI COOK
LISA C. EHRLICH
XIYUN YANG
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6404
Fax: (213) 897-7605
E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; KATHARINE SULLIVAN, in her official capacity as Principal Deputy Assistant Attorney General; DARLENE HUTCHINSON BIEHL, in her official capacity as Director of the Office for Victims of Crime; CAREN HARP, in her official capacity as the Administrator of the Office of Juvenile Justice and Delinquency Prevention; and UNITED STATES DEPARTMENT OF JUSTICE,,<br>　　　　Defendants. | Case No. 19-cv-6189<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT        )
NORTHERN DISTRICT OF CALIFORNIA  )

I am employed by Ace Attorney Service, Inc. in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 1000 Broadway, Suite 340, Oakland, California 94607.

On **October 3, 2019**, I personally served the document(s) as described below:

SEE ATTACHED LIST OF DOCUMENTS

on the interested parties in this action by delivering a copy of said document(s) to the party listed below:

UNITED STATES ATTORNEY
NORTHERN DISTRICT
450 Golden Gate Avenue, Suite 20
San Francisco, California 94102

[ ]   (BY MAIL)   I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Oakland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY FACSIMILE) I caused such documents to be delivered by facsimile transmission to the offices of the addressee.

[X]   **(BY PERSONAL DELIVERY)** I delivered such documents by hand to the offices of the addressee.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 3, 2019 at Oakland, California.

   BRETT GRAY                                    
   PRINT NAME                                  SIGNATURE

<u>*ATTACHED LIST OF DOCUMENTS*</u>

<u>*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF CALIFORNIA*
*SAN FRANCISCO DIVISION*</u>

<u>*STATE OF CALIFORNIA*
*v.*
*WILLIAM P. BARR, etc.; et al.*</u>

1. SUMMONS IN A CIVIL ACTION RE: WILLIAM P. BARR, ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE;

2. SUMMONS IN A CIVIL ACTION RE: KATHERINE SULLICAN, PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE;

3. SUMMONS IN A CIVIL ACTION RE: DARLENE HUTCHINSON BIEHL, DIRECTOR OF THE OFFICE FOR THE VICTOMS OF CRIME;

4. SUMMONS IN A CIVIL ACTION RE: CAREN HARP, ADMINISTRATOR OF THE OFFICE OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION, OFFICE OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION;

5. SUMMONS IN A CIVIL ACTION RE: UNITED STATES DEPARTMENT OF JUSTICE;

6. COMPLAINT FOR DECLARATORY INJUNCTIVE, AND MANDAMUS RELIEF;

7. ORDER SETTING INITIAL CASEMANAGEMENT CONFERENCE AND ADR DEADLINES;

8. STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER;

9. EXHIBIT LIST;

10. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

11. PROCEDURES FOR TELEPHONE APPEARANCES MAGISTRATE JUDGE LAUREL BEELER Effective March 2017;

12. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

13. CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

14. NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS;

15. WAIVER OF THE SERVICE OF SUMMONS;

16. ECF REGISTRATION INFORMATION

*State of California v. William P. Barr, etc.; et al.*
USDC for the Northern District of California Case Number: 19-cv-6189

#1773916KQ

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

**State of California**

    Plaintiff(s),

vs.

**William P. Barr, in his official capacity as Attorney General of the United States, et al**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*246978*

**Case Number: 3:19-cv-06189**

Legal documents received by Ace Attorney Services (NY) on **10/03/2019** at **10:14 AM** to be served upon **United States Department of Justice**, at **950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Emily Cole**, swear and affirm that on **October 03, 2019** at **2:46 PM**, I did the following:

Served **United States Department of Justice**, a government agency by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Summonses in a Civil Action (unissued); Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Standing Order for All Judges of the Northern District of California; Procedures for Telephone Appearances Magistrate Judge Laurel Beeler; Notice of Assignment of Case to a Untied States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Notice of a Lawsuit and Request to Waive Service of Summons; Waiver of the Service of Summons; ECF Registration Information; Attachments** to **Gabriella Henderson** as Mail Clerk & Authorized Agent at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Emily Cole**
Process Server

**Ace Attorney Services (NY)**
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:246978



District of Columbia: SS
Subscribed and Sworn to before me this ___ day of _____, 2019

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

**State of California**

    Plaintiff(s),

vs.

**William P. Barr, in his official capacity as Attorney General of the United States, et al**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*246976*

**Case Number: 3:19-cv-06189**

Legal documents received by Ace Attorney Services (NY) on **10/03/2019** at **10:10 AM** to be served upon **William P. Barr, in his official capacity as Attorney General of the United States**, at **950 Pennsylvania Ave., NW, Washington, DC, 20530**.

I, **Emily Cole**, swear and affirm that on **October 03, 2019** at **2:46 PM**, I did the following:

Served **William P. Barr, in his official capacity as Attorney General of the United States**, a government agency by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Summonses in a Civil Action (unissued); Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Standing Order for All Judges of the Northern District of California; Procedures for Telephone Appearances Magistrate Judge Laurel Beeler; Notice of Assignment of Case to a Untied States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Notice of a Lawsuit and Request to Waive Service of Summons; Waiver of the Service of Summons; ECF Registration Information; Attachments** to **Gabriella Henderson** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Emily Cole_
**Emily Cole**
Process Server

**Ace Attorney Services (NY)**
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:246976

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____ 2019

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

**State of California**

  Plaintiff(s),

VS.

**William P. Barr, in his official capacity as Attorney General of the United States, et al**

  Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013

*246977*

**Case Number: 3:19-cv-06189**

Legal documents received by Ace Attorney Services (NY) on **10/03/2019** at **10:13 AM** to be served upon **Katharine Sullivan, in her official capacity as Principal Deputy Assistant Attorney General**, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC, 20530

I, **Emily Cole**, swear and affirm that on **October 03, 2019** at **2:46 PM**, I did the following:

Served **Katharine Sullivan, in her official capacity as Principal Deputy Assistant Attorney General**, a **government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Summonses in a Civil Action (unissued); Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Standing Order for All Judges of the Northern District of California; Procedures for Telephone Appearances Magistrate Judge Laurel Beeler; Notice of Assignment of Case to a Untied States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Notice of a Lawsuit and Request to Waive Service of Summons; Waiver of the Service of Summons; ECF Registration Information; Attachments** to **Gabriella Henderson** as **Mail Clerk & Authorized Agent** at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Emily Cole**
Process Server

**Ace Attorney Services (NY)**
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:246977

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of October, 2019

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

<a>

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

**State of California**

    Plaintiff(s),

VS.

**William P. Barr, in his official capacity as Attorney General of the United States, et al**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*246979*

**Case Number: 3:19-cv-06189**

Legal documents received by Ace Attorney Services (NY) on **10/03/2019** at **10:15 AM** to be served upon **Caren Harp, in her official capacity as the Administrator of the Office of Juvenile Justice and Delinquency Prevention at Office of Juvenile Justice and Delinquency Prevention, 810 7th St., NW., Washington, DC 20531**

I, **Emily Cole**, swear and affirm that on **October 03, 2019** at **12:22 PM**, I did the following:

Served **Caren Harp, in her official capacity as the Administrator of the Office of Juvenile Justice and Delinquency Prevention** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Summonses in a Civil Action (unissued); Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Standing Order for All Judges of the Northern District of California; Procedures for Telephone Appearances Magistrate Judge Laurel Beeler; Notice of Assignment of Case to a Untied States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Notice of a Lawsuit and Request to Waive Service of Summons; Waiver of the Service of Summons; ECF Registration Information; Attachments to Darren Tobias as Authorized Agent of Caren Harp, in her official capacity as the Administrator of the Office of Juvenile Justice and Delinquency Prevention at Office of Juvenile Justice and Delinquency Prevention, 810 7th St., NW. , Washington, DC 20531.**

**Description of Person Accepting Service:**
Sex: Male Age: 30 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Emily Cole_ (signature)

**Emily Cole**
Process Server

**Ace Attorney Services (NY)**
**278 West 117th St., Suite 1-B**
**New York NY 10026**

(917) 399-0295

Internal Job ID: **246979**

District of Columbia: SS
Subscribed and Sworn to before me this 3rd day of October, 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

**State of California**

    Plaintiff(s),

VS.

**William P. Barr, in his official capacity as Attorney General of the United States, et al**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*246975*

**Case Number: 3:19-cv-06189**

Legal documents received by Ace Attorney Services (NY) on **10/03/2019** at **10:03 AM** to be served upon **Darlene Hutchinson Biehl, in her official capacity as Director of the Office for Victims of Crime at Office for Victims of Crime, 810 7th St., NW, 2nd Fl., Washington, DC 20531**

I, **Emily Cole**, swear and affirm that on **October 03, 2019** at **12:35 PM**, I did the following:

Served **Darlene Hutchinson Biehl, in her official capacity as Director of the Office for Victims of Crime** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Summonses in a Civil Action (unissued); Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Standing Order for All Judges of the Northern District of California; Procedures for Telephone Appearances Magistrate Judge Laurel Beeler; Notice of Assignment of Case to a Untied States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Notice of a Lawsuit and Request to Waive Service of Summons; Waiver of the Service of Summons; ECF Registration Information; Attachments to Jeff Fox** as **Logistics & Authorized Agent** of Darlene Hutchinson Biehl, in her official capacity as Director of the Office for Victims of Crime at Office for Victims of Crime, 810 7th St., NW, 2nd Fl. , Washington, DC 20531.

**Description of Person Accepting Service:**
Sex: Male Age: 45 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Emily Cole**
Process Server

**Ace Attorney Services (NY)**
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID: **246975**

District of Columbia: SS
Subscribed and Sworn to before me
this ___3rd___ day of __October__, 2019

_____
Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023