XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
KRISTI GUDOSKI COOK
LISA C. EHRLICH
XIYUN YANG
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
  300 S. Spring St., Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6404
  Fax:  (213) 879-7605
  E-mail:  Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>                                   Plaintiff,<br><br>        v.<br><br>**WILLIAM P. BARR, in his official capacity as Attorney General of the United States,** *et al.***,**<br><br>                                   Defendants. | Case No. 19-cv-6189-WHO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Courtroom:   2<br>Judge:         Honorable William H. Orrick<br>Trial Date:    None Set<br>Action Filed: September 30, 2019 |

1      WHEREAS, Plaintiff and Defendants have been engaging in a meet and confer process in
2 an attempt to avoid the necessity of Plaintiff moving for preliminary relief;

3      WHEREAS, Defendants require additional time to determine whether they will be able to
4 agree to a stipulation to avoid the necessity of Plaintiff moving for preliminary relief;

5      WHEREAS, if an agreement between the parties cannot be reached, Plaintiff will file a
6 Motion for Preliminary Injunction;

7      WHEREAS, Plaintiff would require a decision from the Court on that Motion by December
8 8;

9      WHEREAS, in order to preserve adequate time for the Court to come to a decision on that
10 Motion, and accommodate the Thanksgiving holiday, Plaintiff requests a hearing on that Motion
11 by no later than Friday November 22;

12      WHEREAS, the Northern District of California Civil Local Rule 7-2(a) requires a hearing
13 be noticed not less than 35 days from the filing of the Motion;

14      WHEREAS, this Court hears civil law and motions on Wednesdays;

15      WHEREAS, under Civil Local Rule 7-2(a), Plaintiff would need to file a Motion for
16 Preliminary Injunction by Wednesday October 16 in order for Plaintiff's Motion to be heard by
17 November 20, the last Wednesday before November 22;

18      WHEREAS, the parties stipulate to a briefing schedule that preserves a hearing date on
19 Wednesday November 20, provides the same amount of time for the Court to review all papers
20 prior to the hearing, but shortens the time for Defendants to file their Opposition by one day, and
21 the time for Plaintiff to file its reply by one day, to accommodate the two extra days Defendants
22 require in the meet and confer process;

23      THEREFORE, the parties hereby stipulate pursuant to Civil Local Rule 6-2 that Plaintiff
24 may file a Motion for Preliminary Injunction on Friday, October 18, Defendants may then file a
25 response to this Motion on Thursday, October 31, Plaintiff may file a reply on Wednesday,
26 November 6, for a hearing on Wednesday, November 20, and respectfully request that the Court
27 so order.

28

Dated:  October 15, 2019

MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
KRISTI GUDOSKI COOK
LISA C. EHRLICH
XIYUN YANG

*/s/ Lee I. Sherman*

LEE I. SHERMAN
Deputy Attorneys General
*Attorneys for Plaintiff
State of California*

Respectfully submitted,

JOSEPH H. HUNT
ASSISTANT ATTORNEY GENERAL

BRAD P. ROSENBERG
ASSISTANT BRANCH DIRECTOR

*/s/ DANIEL D. MAULER*

DANIEL D. MAULER
VIRGINIA STATE BAR NO. 73190
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20001
TEL: (202) 514-8095
FAX: (202) 616-8470
E-MAIL: DAN.MAULER@USDOJ.GOV
*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____

                                              Judge William H. Orrick
                                            United States District Court Judge