1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  SARAH E. BELTON
   Supervising Deputy Attorney General
4  KRISTI GUDOSKI COOK
   LISA C. EHRLICH
5  XIYUN YANG
   LEE SHERMAN (SBN 272271)
6  Deputy Attorneys General
     300 S. Spring St., Suite 1702
7    Los Angeles, CA  90013
     Telephone:  (213) 269-6404
8    Fax:  (213) 879-7605
     E-mail:  Lee.Sherman@doj.ca.gov
9  *Attorneys for Plaintiff State of California*

10                 IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14

15 | **STATE OF CALIFORNIA,** | Case No. 19-cv-6189-WHO |
   | --- | --- |
   | Plaintiff, | **STIPULATION** |
   | **v.** | Courtroom:    2 |
   | | Judge:        Honorable William H. Orrick |
   | **WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,** | Trial Date:    None Set |
   | | Action Filed: September 30, 2019 |
   | Defendants. | |

28

WHEREAS, Defendants have imposed a new requirement relating to compliance with certain statutory federal immigration directives governing employment of non-citizens under 8 U.S.C. § 1324a(a)(1) and (a)(2) (1324a Requirement) on various federal grants;

WHEREAS, on September 30, 2019, Plaintiff State of California filed a lawsuit challenging the imposition of the 1324a Requirement on ten federal grants administered by Defendants;

WHEREAS, Plaintiff and Defendants have engaged in a meet and confer process in an attempt to avoid the necessity of Plaintiff moving for preliminary relief as to some of the grants that are at issue;

WHEREAS, the parties seek to resolve this matter on the merits in an expeditious manner;

WHEREAS, neither party concedes any arguments regarding the legality of the imposition of any component of the 1324a Requirement;

WHEREAS, Plaintiff's agreement to this stipulation shall not constitute acceptance of the 1324a Requirement for any federal grant at issue in this litigation;

WHEREAS, nothing in this agreement overrides any legal requirements set forth in 8 U.S.C. § 1324a, or any other statute with which California would otherwise have to comply;

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE as follows:

1. This Stipulation shall remain in effect until thirty (30) days after Judge Orrick makes a final determination on the legality of the 1324a Requirement.

2. Defendants agree not to enforce the 1324a Requirement and to release to California the following grant funds that will not be subject to the 1324a Requirement until such time as Judge Orrick has issued a final determination on the legality of the 1324a Requirement:

   - Fiscal Year (FY) 2019 Violence Against Women Services, Training, Officers, Prosecutors grant (VAWA STOP Grant);
   - FY 2019 Violence Against Women Sexual Assault Services Program grant (VAWA SASP Grant, together with VAWA STOP Grant, VAWA Grants); and

1

- 5% each of California's FY 2019 VOCA Assistance and Compensation Grants (collectively, VOCA Grants) to be used for administrative and training programs (consistent with the VOCA statute and Office of Victims of Crime rules).

3. The California Governor's Office of Emergency Services (OES), the State's recipient of VOCA Assistance and VAWA Grants, agrees to keep, maintain, and preserve all documentation (such as Form I-9s or equivalents) regarding the eligibility of Cal OES employees hired using the funds during the pendency of the litigation.

4. OES and the California Victims Compensation Board (Cal VCB), the State's recipient of the VOCA Compensation Grant, agree to include as a condition of any VOCA or VAWA subaward a requirement to keep, maintain, and preserve all documentation (such as Form I-9s or equivalents) regarding the eligibility of employees hired using the funds, but OES and Cal VCB are not required to monitor compliance with that condition or train subrecipients on compliance with that condition as contemplated by the 1324a Requirement, until such time as Judge Orrick has issued a final determination on the legality of the 1324a Requirement.

IT IS SO STIPULATED AND AGREED.

2

1

2
Dated:  October 24, 2019                    Respectfully submitted,

3
XAVIER BECERRA                             JOSEPH H. HUNT
Attorney General of California              ASSISTANT ATTORNEY GENERAL
MICHAEL L. NEWMAN
4
Senior Assistant Attorney General
SARAH E. BELTON                            BRAD P. ROSENBERG
5
Supervising Deputy Attorney General        ASSISTANT BRANCH DIRECTOR
KRISTI GUDOSKI COOK
6
LISA C. EHRLICH                            */s/ Daniel D. Mauler*
XIYUN YANG
7
                                           DANIEL D. MAULER
*/s/ Lee I. Sherman*                       VIRGINIA STATE BAR NO. 73190
8
                                           TRIAL ATTORNEY
LEE I. SHERMAN                             UNITED STATES DEPARTMENT OF JUSTICE
9
Deputy Attorneys General                   CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
*Attorneys for Plaintiff*                   1100 L STREET, NW
10
*State of California*                        WASHINGTON, DC 20001
                                           TEL: (202) 514-8095
11
                                           FAX: (202) 616-8470
12
                                           E-MAIL: DAN.MAULER@USDOJ.GOV
                                           *Attorneys for Defendants*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

## ATTESTATION OF SIGNATURES

2

3
    I, Lee I. Sherman, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern

4
District of California that concurrence in the filing of this document has been obtained from each

5
signatory hereto.

6
                                    */s/ Lee I. Sherman*

7
                                     LEE I. SHERMAN
Deputy Attorney General

8
                                     *Attorney for Plaintiff*
*State of California*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28