1  JOSEPH H. HUNT
   ASSISTANT ATTORNEY GENERAL
2  BRIGHAM J. BOWEN
   ASSISTANT BRANCH DIRECTOR
3  DANIEL D. MAULER
   VIRGINIA STATE BAR NO. 73190
4  TRIAL ATTORNEY
   UNITED STATES DEPARTMENT OF JUSTICE
5  CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
   1100 L STREET, NW
6  WASHINGTON, DC 20001
   TEL: (202) 514-8095
7  FAX: (202) 616-8470
   E-MAIL: DAN.MAULER@USDOJ.GOV
8  ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>                                  Plaintiff,<br><br>     v.<br><br>**WILLIAM P. BARR, in his official capacity as Attorney General of the United States,** *et al.***,**<br><br>                                  Defendants. | Case No. 19-cv-6189-WHO<br><br>**STIPULATED REQUEST TO WITHDRAW PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom:   2<br>Judge:          Honorable William H. Orrick<br>Trial Date:    None Set<br>Action Filed: September 30, 2019 |

1  WHEREAS, Plaintiff filed a Motion for Preliminary Injunction in this matter on October 18, 2019 (ECF No. 15);

WHEREAS, since that filing, Plaintiff and Defendant have conferred and reached an agreed stipulation that resolves the Plaintiff's request for preliminary relief, which was filed in this matter on October 24, 2019 (ECF No. 18);

WHEREAS, with the agreement of the Defendants, the Plaintiff wishes to withdraw its Motion for Preliminary Injunction (ECF No. 15);

WHEREAS, the parties wish to cancel the hearing set for November 20, 2019 on Plaintiff's Motion for Preliminary Injunction;

THEREFORE, the parties hereby stipulate pursuant to Civil Local Rule 6-2 that Plaintiff withdraws its Motion for Preliminary Injunction (ECF No. 15), and the parties jointly request that the Clerk cancel the hearing set for November 20, 2019 and the briefing deadlines related to said motion.

Dated:  October 28, 2019

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
KRISTI GUDOSKI COOK
LISA C. EHRLICH
XIYUN YANG

/s/ Lee I. Sherman
LEE I. SHERMAN
Deputy Attorneys General
*Attorneys for Plaintiff*
*State of California*

Respectfully submitted,

JOSEPH H. HUNT
ASSISTANT ATTORNEY GENERAL

BRIGHAM J. BOWEN
ASSISTANT BRANCH DIRECTOR

/s/ DANIEL D. MAULER
DANIEL D. MAULER
VIRGINIA STATE BAR NO. 73190
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20001
TEL: (202) 514-8095
FAX: (202) 616-8470
E-MAIL: DAN.MAULER@USDOJ.GOV
*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 30, 2019

_____
Judge William H. Orrick
United States District Court Judge