1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  SARAH E. BELTON
   Supervising Deputy Attorney General
4  KRISTI GUDOSKI COOK
   LISA C. EHRLICH
5  XIYUN YANG
   LEE I. SHERMAN (SBN 272271)
6  Deputy Attorneys General
     300 S. Spring St., Suite 1702
7    Los Angeles, CA  90013
     Telephone:  (213) 269-6404
8    Fax:  (213) 879-7605
     E-mail:  Lee.Sherman@doj.ca.gov
9  *Attorneys for Plaintiff State of California*

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14

15  **STATE OF CALIFORNIA,**             Case No. 19-cv-6189-WHO

16                            Plaintiff,  **ORDER ON JOINT ADMINISTRATIVE MOTION FOR RELIEF FROM**
                                           **AUTOMATIC REFERRAL TO THE ADR**
17       v.                                **MULTI-OPTION PROGRAM**

18  **WILLIAM P. BARR, in his official capacity**   Judge:       Honorable William H. Orrick
    **as Attorney General of the United States,** *et*   Trial Date:   None Set
19  *al.***,**                             Action Filed: September 30, 2019

20                           Defendants.

The parties have filed a Joint Administrative Motion for Relief from Automatic Referral to the ADR Multi-Option Program.  Having considered the parties' motion, and good cause having been show,

IT IS HEREBY ORDERED that the parties' Joint Administrative Motion for Relief from Automatic Referral to the ADR Multi-Option Program is GRANTED.

AND IT IS FURTHER ORDERED that the parties be, and they hereby are, excused from mandatory participation in the Court's Alternative Dispute Resolution Multi-Option Program.

**IT IS SO ORDERED.**

Dated:  November 18, 2019

_____
Judge William H. Orrick
United States District Court Judge

1

Order on Joint Admin. Motion for Relief from Automatic Referral to the ADR Multi-Option Program (19-cv-6189-WHO)