1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  SARAH E. BELTON
   Supervising Deputy Attorney General
4  KRISTI GUDOSKI COOK
   LISA C. EHRLICH
5  XIYUN YANG
   LEE SHERMAN (SBN 272271)
6  Deputy Attorneys General
    300 S. Spring St., Suite 1702
7   Los Angeles, CA  90013
    Telephone: (213) 269-6404
8   Fax: (213) 879-7605
    E-mail: Lee.Sherman@doj.ca.gov
9  *Attorneys for Plaintiff State of California*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14

15 | STATE OF CALIFORNIA,                            | Case No. 19-cv-6189-WHO

                                   Plaintiff,

16 |                                                 | **STIPULATION RE: DISMISSAL WITHOUT PREJUDICE OF COUNTS 1-5 OF CALIFORNIA'S COMPLAINT**

17 |        v.

                                                     | Courtroom:  2
18 | **WILLIAM P. BARR, in his official capacity**   | Judge:      Honorable William H. Orrick
    | **as Attorney General of the United States,** *et* | Trial Date:  None Set
19  | *al.*,                                          | Action Filed: September 30, 2019

20 |                                  Defendants.

WHEREAS, Plaintiff State of California (Plaintiff or California) filed a complaint in this action on September 30, 2019;

WHEREAS, Causes of Action 1-5 of the complaint challenge Defendants' imposition of five immigration enforcement funding requirements to the Edward Byrne Memorial Justice Assistance Grant (JAG) found on pages 22-23 and 25-26 of the Fiscal Year (FY) 2019 JAG State Solicitation (attached as Exhibit A to the Complaint), pages 21-22 and 23-24 of the FY 2019 JAG Local Solicitation (attached as Exhibit B to the Complaint), and paragraphs 31-41 and 73 of the State's FY 2019 JAG award (attached as Exhibit C to the Complaint), consisting of:

- A condition requiring JAG recipients to comply with 8 U.S.C. §§ 1373 and 1644 (1373 Requirement);
- A condition prohibiting JAG recipients from "publicly disclos[ing] . . . federal law enforcement information in a direct or indirect attempt to conceal, harbor, or shield from detection . . . any alien who has come to, entered, or remains in the United States in violation of 8 U.S.C. ch. 12 - - without regard to whether such disclosure would constitute (or could form a predicate for) a violation of . . . 8 U.S.C. 1324(a)" (Non-Public Disclosure Requirement);
- A condition requiring JAG recipients to permit Department of Homeland Security (DHS) agents access to detention facilities to interrogate non-citizens in custody (Access Requirement);
- A condition requiring JAG recipients to provide "as early as practicable" or 48 hours' advance notice to DHS of the scheduled release date and time of a non-citizen in the jurisdiction's custody upon request by DHS (Notification Requirement);
- A condition requiring JAG recipients to provide information about their laws, policies and practices governing their communications with DHS and U.S. Immigration and Customs Enforcement, including as they relate to § 1373 (Additional 1373 Obligation, with the 1373, Non-Public Disclosure, Access, and Notification Requirements, the JAG Immigration Enforcement Requirements);

WHEREAS, Causes of Action 1-5 of the complaint also challenge Defendants' imposition of a requirement to comply with § 1373 as a condition on the State's FY 2019 Title II Juvenile Justice Formula Grant as it appears in paragraphs 38-41 of the State's FY 2019 Title II award, attached as Exhibit E to the Complaint (1373 Title II Requirement);

WHEREAS, in the Amended Judgment and Order in *California v. Sessions I*, this Court enjoined Defendants from "[r]equiring compliance with 8 U.S.C. § 1373 as a grant condition against any California state entity or political subdivision . . . on the basis of 8 U.S.C. § 1373 being an 'applicable Federal law,' or on the basis of 8 U.S.C. § 1373's independent statutory obligations;"

WHEREAS, Plaintiff and Defendants have met and conferred in order to narrow the issues in dispute in this case and avoid burdening this Court with issues that are already governed by prior judgments;

WHEREAS, dismissal of Counts 1-5 without prejudice will enable this Court to enter final judgment on Counts 6-11 in the instant case after adjudication;

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE as follows:

1. This stipulation shall remain in effect, except in the case that Defendants give 60 days advance written notice to Plaintiff that Defendants no longer agree to the terms of the stipulation;

2. Defendants agree to not withhold, terminate, or claw back JAG or Title II funding from, or disbar or make ineligible for JAG or Title II, any California state entity or any California political subdivision on the basis of the JAG Immigration Enforcement Requirements or the 1373 Title II Requirement in FY 2019;

3. Defendants agree to issue JAG and Title II awards and funding to the California Board of State and Community Corrections, and all political subdivisions that apply for JAG awards, in the ordinary course, and not enforce the JAG Immigration Enforcement Requirements and the 1373 Title II Requirement in

FY 2019; provided, however, that the aforesaid applicants comply with all other provisions, requirements, and lawful conditions of the JAG and Title II awards;

4. Acceptance of JAG and Title II awards by the California Board of State and Community Corrections or any California political subdivision shall not be construed as acceptance of the JAG Immigration Enforcement Requirements and the 1373 Title II Requirement;

5. After a California jurisdiction or entity accepts its JAG or Title II award, Defendants agree to process and approve the jurisdiction's requests for grant drawdowns as it would in the ordinary course, and without regard to the JAG Immigration Enforcement Requirements, 1373 Title II Requirement, or compliance with 8 U.S.C. § 1373;

6. On the basis of Defendants' representations in this stipulation, the parties agree that Causes of Action 1-5 in Plaintiff's Complaint shall be dismissed without prejudice, and Plaintiff reserves its right to challenge the legality of the JAG Immigration Enforcement Requirements and 1373 Title II Requirement if Defendants seek to terminate any term of this stipulation;

7. Approving this stipulation would not impact any other deadlines or claims at issue that have yet to be adjudicated to final judgment in this case, including specifically Plaintiff's claims pertaining to Defendants' imposition of the 1324a Requirement on JAG, Title II, and other grants that are addressed in Causes of Action 6-11 of Plaintiff's Complaint; and

8. This stipulation is contingent upon this Court retaining jurisdiction to enforce the terms of the stipulation.

A proposed order is attached.

| | |
|---|---|
| Dated:  January 21, 2020 | Respectfully submitted, |
| XAVIER BECERRA<br>Attorney General of California<br>MICHAEL L. NEWMAN<br>Senior Assistant Attorney General<br>SARAH E. BELTON<br>Supervising Deputy Attorney General<br>KRISTI GUDOSKI COOK<br>LISA C. EHRLICH<br>XIYUN YANG<br>Deputy Attorneys General<br><br>*/s/ Lee I. Sherman*<br><br>LEE I. SHERMAN<br>Deputy Attorney General<br>*Attorneys for Plaintiff*<br>*State of California* | JOSEPH H. HUNT<br>ASSISTANT ATTORNEY GENERAL<br><br>BRIGHAM J. BOWEN<br>ASSISTANT BRANCH DIRECTOR<br><br>*/s/ DANIEL D. MAULER*<br><br>DANIEL D. MAULER<br>VIRGINIA STATE BAR NO. 73190<br>TRIAL ATTORNEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION, FEDERAL PROGRAMS BRANCH<br>1100 L STREET, NW<br>WASHINGTON, DC 20001<br>TEL: (202) 616-0773<br>FAX: (202) 616-8470<br>E-MAIL: DAN.MAULER@USDOJ.GOV<br>*Attorneys for Defendants* |

4

Stipulation re: Dismissal Without Prejudice of Counts 1-5 of California's Complaint (19-cv-6189-WHO)

**ATTESTATION OF SIGNATURES**

I, Lee I. Sherman, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

>                    */s/ Lee I. Sherman*
>
> LEE I. SHERMAN
> Deputy Attorney General
> *Attorney for Plaintiff*
> *State of California*