1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  SARAH E. BELTON
   Supervising Deputy Attorney General
4  KRISTI GUDOSKI COOK
   LISA C. EHRLICH
5  XIYUN YANG
   LEE I. SHERMAN (SBN 272271)
6  Deputy Attorneys General
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013
     Telephone:  (213) 269-6404
8    Fax:  (213) 897-7605
     E-mail:  Lee.Sherman@doj.ca.gov
9  *Attorneys for Plaintiff State of California*

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

15 | **STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,** | Case No. 19-cv-6189-WHO
16 | | **ORDER DISMISSING WITHOUT PREJUDICE CAUSES OF ACTION 1-5 OF PLAINTIFF'S COMPLAINT UNDER THE TERMS OF THE STIPULATION**
17 | Plaintiff, |
18 | v. |
   | | Courtroom:   2
19 | **WILLIAM P. BARR, in his official capacity as Attorney General of the United States,** *et al.*, | Judge:       Honorable William H. Orrick
   | | Trial Date:  None Set
20 | | Action Filed: September 30, 2019
21 | Defendants. |

Upon consideration of the parties' stipulation submitted on January 21, 2020, and for good cause shown, the Court hereby orders that Causes of Action 1-5 in Plaintiff's complaint are dismissed without prejudice pursuant to the terms of the Stipulation Re: Dismissal Without Prejudice of Counts 1-5 of California's Complaint. Those terms are incorporated in this Order and consist of the following:

1. The stipulation shall remain in effect, except in the case that Defendants give 60 days advance written notice to Plaintiff that Defendants no longer agree to the terms of the stipulation.

2. Defendants agree to not withhold, terminate, or claw back JAG or Title II funding from, or disbar or make ineligible for JAG or Title II, any California state entity or any California political subdivision on the basis of the JAG Immigration Enforcement Requirements or the 1373 Title II Requirement in FY 2019.

3. Defendants agree to issue JAG and Title II awards and funding to the California Board of State and Community Corrections, and all political subdivisions that apply for JAG awards, in the ordinary course, and not enforce the JAG Immigration Enforcement Requirements and the 1373 Title II Requirement in FY 2019; provided, however, that the aforesaid applicants comply with all other provisions, requirements, and lawful conditions of the JAG and Title II awards.

4. Acceptance of JAG and Title II awards by the California Board of State and Community Corrections or any California political subdivision shall not be construed as acceptance of the JAG Immigration Enforcement Requirements and the 1373 Title II Requirement.

5. After a California jurisdiction or entity accepts its JAG or Title II award, Defendants agree to process and approve the jurisdiction's requests for grant drawdowns as it would in the ordinary course, and without regard to the JAG Immigration Enforcement Requirements, 1373 Title II Requirement, or compliance with 8 U.S.C. § 1373.

6. On the basis of Defendants' representations in this stipulation, the parties agree that Causes of Action 1-5 in Plaintiff's Complaint shall be dismissed without prejudice,

1  and Plaintiff reserves its right to challenge the legality of the JAG Immigration
2  Enforcement Requirements and 1373 Title II Requirement if Defendants seek to
3  terminate any term of this stipulation.

4  7.  This Court retains jurisdiction to enforce the terms of the stipulation.

This Order does not impact any other claims at issue that have yet to be adjudicated to final judgment in this case, including specifically Plaintiff's claims pertaining to Defendants' imposition of the 1324a Requirement on JAG, Title II, and other grants that are addressed in Causes of Action 6-11 of Plaintiff's Complaint.

**IT IS SO ORDERED**

DATED: January 21, 2020

_____
Hon. William H. Orrick
United States District Judge