UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM PELHAM BARR, et al.,<br><br>Defendants. | Case No. 19-cv-06189-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the stipulation to dismiss without prejudice Claims for Relief 1-5, *see* Dkt. No. 33, and Claims for Relief 6-11, *see* Dkt. No. 36.  The court shall retain jurisdiction over this action and the parties to enforce the terms of the stipulations.  The Clerk of Court shall close the file in this matter and vacate any pending hearings.

**IT IS SO ORDERED.**

Dated: March 6, 2020

William H. Orrick
United States District Judge