XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
LISA C. EHRLICH
XIYUN YANG
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6404
 Fax:  (213) 897-7605
 E-mail:  Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAM P. BARR, in his official capacity as Attorney General of the United States,** *et al.***,**<br><br>Defendants. | Case No. 19-cv-6189-WHO<br><br>**MODIFIED ORDER DISMISSING WITHOUT PREJUDICE CLAIMS FOR RELIEF 6-11 OF PLAINTIFF'S COMPLAINT UNDER THE TERMS OF THE STIPULATION**<br><br>Courtroom: 2<br>Judge: Honorable William H. Orrick<br>Trial Date: None Set<br>Action Filed: September 30, 2019 |

Upon consideration of the parties' stipulation submitted on June 3, 2020, and for good cause shown, the Court hereby orders that Claims for Relief 6-11 in Plaintiff's complaint are dismissed without prejudice pursuant to the terms of the Modified Stipulation Re: Dismissal Without Prejudice of Claims for Relief 6-11 of California's Complaint.  This Modified Order supersedes in its entirety the dismissal order entered by this court on February 3, 2020, ECF No. 36.  The terms of the Modified Stipulation are incorporated in this Order and consist of the following:

1. The stipulation shall remain in effect, except in the case that Defendants give 60 days advance written notice to Plaintiff that Defendants no longer agree to the terms of the stipulation.
2. The stipulation applies only to FY 2019 and FY 2020 U.S. DOJ grants.
3. Plaintiff agrees to be subject to the 1324a Requirement imposed on U.S. DOJ grants to the extent it requires that grant recipients conduct an initial verification of the individual who is being hired, as part of the hiring process for any position within the United States that is or will be funded (in whole or in part) with award funds, consistent with the provision of 8 U.S.C. § 1324a(a)(1).
4. The Parties agree that the 1324a Requirement does not require further reverification of an employee's employment eligibility after the initial verification at the time of hiring.
5. Plaintiff's acceptance of the U.S. DOJ grant awards does not constitute acceptance of the language in the 1324a Requirement surrounding § 1324a(a)(2).
6. Defendants agree to not withhold funding, terminate, or claw back U.S. DOJ grant dollars from, or disbar or make ineligible for U.S. DOJ grant funding, any California state entity or any California political subdivision on account of California Labor Code section 1019.2, and after a California jurisdiction or entity accepts its grant award, Defendants agree to process and approve the jurisdiction's requests for grant drawdowns as it would in the ordinary course, and without regard to California Labor Code section 1019.2.

7. On the basis of Defendants' representations in this stipulation, the parties agree that the remaining claims for relief in Plaintiff's Complaint, Claims for Relief 6-11, shall be dismissed without prejudice, and Plaintiff reserves its right to challenge the legality of the 1324a Requirement, and its related training and monitoring requirements, if Defendants seek to terminate any term of this stipulation.

8. In agreeing to this stipulation, Plaintiff reserves the right to challenge any attempt by Defendants or any other federal agency to impose a condition that is based upon 8 U.S.C. § 1324a, that expands the 1324a Requirement beyond the scope reflected in this stipulation, or that purports to require reverification as a condition of federal grants.

9. All parties will bear their own fees and costs.

10. This Court retains jurisdiction to enforce the terms of the stipulation.

**IT IS SO ORDERED**

DATED: June 3, 2020



Hon. William H. Orrick
United States District Judge