XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
LISA C. EHRLICH
XIYUN YANG
LEE SHERMAN (SBN 272271)
Deputy Attorneys General
  300 S. Spring St., Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6404
  Fax:  (213) 879-7605
  E-mail:  Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>               Plaintiff,<br><br>       v.<br><br>**WILLIAM P. BARR, in his official capacity as Attorney General of the United States,** *et al.***,**<br><br>               Defendants. | Case No. 19-cv-6189-WHO<br><br>**ORDER GRANTING JOINT MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b) TO MODIFY ORDER DISMISSING WITHOUT PREJUDICE CLAIMS FOR RELIEF 1-5 OF PLAINTIFF'S COMPLAINT UNDER THE TERMS OF THE MODIFIED STIPULATION**<br><br>Dept:         2<br>Judge:        Honorable William H. Orrick<br>Trial Date:   None Set<br>Action Filed: September 30, 2019 |

Upon consideration of the parties' joint motion submitted on October 15, 2020, and for good cause shown, the Court hereby orders that pursuant to Federal Rule of Civil Procedure 60(b)(6), the Court's January 21, 2020 Order dismissing without prejudice claims for relief 1-5 of Plaintiff's complaint, ECF No. 33, is modified under the terms of the parties' modified stipulation.

Federal Rule of Civil Procedure 60(b)(6) is "a grand reservoir of equitable power that allows courts to grant relief from a final judgment for 'any' reason that 'justifies relief.'" *Henson v. Fidelity Nat'l Fin., Inc.*, 943 F.3d 434, 439-440 (9th Cir .2019).  Modification pursuant to Rule 60(b)(6) is proper here because relief is not covered by any of the other reasons set forth in Rule 60, the motion is timely, the circumstances warrant extraordinary relief, and neither party's reliance interest in the finality of the case is impacted.  The parties were unable to include the FY 2020 grants in their previous stipulation because those grants had yet to be issued.  Thus, it was unknown at the time whether they would contain the JAG Immigration Enforcement Requirements and the 1373 Title II Requirement.  These circumstances warrant relief and the modification of the stipulation serves the interests of the parties and the Court by avoiding unnecessary further litigation and preserving the rights of all parties.

The Court hereby GRANTS the joint motion, ORDERS that the parties' modified stipulation be entered on the docket, and GRANTS the modified order dismissing without prejudice claims for relief 1-5 of Plaintiff's complaint under the terms of the modified stipulation.

**IT IS SO ORDERED**

DATED: October 16, 2020

_____
Hon. William H. Orrick
United States District Judge

1

Proposed Order Granting Joint Fed. R. Civ. P. 60(b) Mot. to Modify Order Dismissing Without Prejudice Claims for Relief 1-5 of California's Complaint (19-cv-6189-WHO)