XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
LISA C. EHRLICH
XIYUN YANG
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6404
  Fax:  (213) 897-7605
  E-mail:  Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>**v.**<br><br>**WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,**<br><br>Defendants. | Case No. 19-cv-6189-WHO<br><br>**MODIFIED ORDER DISMISSING WITHOUT PREJUDICE CAUSES OF ACTION 1-5 OF PLAINTIFF'S COMPLAINT UNDER THE TERMS OF THE STIPULATION** |

Upon consideration of the parties' stipulation submitted on October 15, 2020, and for good cause shown, the Court hereby orders that Causes of Action 1-5 in Plaintiff's complaint are dismissed without prejudice pursuant to the terms of the Modified Stipulation Re: Dismissal Without Prejudice of Counts 1-5 of California's Complaint.  This Modified Order supersedes in its entirety the dismissal order entered by this Court on January 21, 2020, ECF No. 33.  The terms of the Modified Stipulation are incorporated in this Order and consist of the following:

1. The stipulation shall remain in effect, except in the case that Defendants give 60 days advance written notice to Plaintiff that Defendants no longer agree to the terms of the stipulation.

2. Defendants agree to not withhold, terminate, or claw back JAG or Title II funding from, or disbar or make ineligible for JAG or Title II, any California state entity or any California political subdivision on the basis of the JAG Immigration Enforcement Requirements or the 1373 Title II Requirement in FY 2019 and FY 2020.

3. Defendants agree to issue JAG and Title II awards and funding to the California Board of State and Community Corrections, and all political subdivisions that apply for JAG awards, in the ordinary course, and not enforce the JAG Immigration Enforcement Requirements and the 1373 Title II Requirement in FY 2019 and FY 2020; provided, however, that the aforesaid applicants comply with all other provisions, requirements, and lawful conditions of the JAG and Title II awards.

4. Acceptance of JAG and Title II awards by the California Board of State and Community Corrections or any California political subdivision shall not be construed as acceptance of the JAG Immigration Enforcement Requirements and the 1373 Title II Requirement.

5. After a California jurisdiction or entity accepts its JAG or Title II award, Defendants agree to process and approve the jurisdiction's requests for grant drawdowns as it would in the ordinary course, and without regard to the JAG Immigration Enforcement Requirements, 1373 Title II Requirement, or compliance with 8 U.S.C. § 1373.

1

6. On the basis of Defendants' representations in this stipulation, the parties agree that Causes of Action 1-5 in Plaintiff's Complaint shall be dismissed without prejudice, and Plaintiff reserves its right to challenge the legality of the JAG Immigration Enforcement Requirements and 1373 Title II Requirement if Defendants seek to terminate any term of this stipulation.

7. This Court retains jurisdiction to enforce the terms of the stipulation.

**IT IS SO ORDERED**

DATED: October 16, 2020



Hon. William H. Orrick
United States District Judge

---

2